ORDER:

It appears that defendants have served discovery responses. This motion is therefore denied as moot.

John Bryant
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

RECEIVED
IN CLERK'S OFFICE
DEC 1 9 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| CORDELL D. SYKES, | ) |
| Plaintiff, | ) |
| V. | ) CASE No. 3:12-CV-00017 |
| | ) Judge Sharp/Byant |
| KEVIN JOHNSON, | ) |
| ADRIEL RIKER | ) |
| Defendants. | ) |

## MOTION FOR AN ORDER COMPELLING DISCOVERY REQUESTS

COMES NOW, Plaintiff, Cordell D. Sykes, Pro se, and pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedures, moves this Court for an order to compel the defendants to answer fully under oath, the interrogatory requests which has been submitted for their response. Copies of the interrogatories which have been submitted are attached as Exhibit A. The Plaintiff has submitted these interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure on October 31, 2013. In addition, Plaintiff sent a letter to the Defendant's attorney, Thomas B. Russell, on December 2, 2013, seeking a timely response to the interrogatories (Exhibit B) but has yet to receive any response.

Plaintiff further asserts that it would be wholly unfair if the Defendants were not to respond to his interrogatory requests. The Petitioner is relying on the rules pursuant to the Federal Rules of Civil Procedure, in order to obtain more information regarding his

1