UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CORDELL SYKES, )
 )
 Plaintiff )
 )
v. ) No. 3:12-0017
 ) Judge Sharp/Bryant
KEVIN JOHNSON, *et al.*, )
 )
 Defendants )

## O R D E R

Plaintiff Cordell D. Sykes, a prisoner proceeding *pro se* and *in forma pauperis*, has filed his motion for partial summary judgment (Docket Entry No. 40).

Plaintiff Sykes's motion fails to comply with Local Rule 56.01(b), which governs all motions for summary judgment filed in this court. This rule reads as follows:

> **Concise Statement of Facts.** In order to assist the Court in ascertaining whether there are any material facts in dispute, any motion for summary judgment made pursuant to Rule 56 of the *Federal Rules of Civil Procedure* shall be accompanied by a separate, concise statement of the material facts as to which the moving party contends there is no genuine issue for trial. Each fact shall be set forth in a separate, numbered paragraph. Each fact shall be supported by a specific citation to the record. After each paragraph, the word "Response" shall be inserted and a blank space shall be provided reasonably calculated to enable the non-moving party to respond to the assertion that the fact is undisputed.

Plaintiff's motion for partial summary judgment is not accompanied by the required concise statement of facts with citations to the record. For this reason, Plaintiff's motion must

be **DENIED** without prejudice to Plaintiff's right to file a similar motion that is properly supported as required by the rules.

It is so **ORDERED**.

<pre>
                                    /s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge
</pre>