# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **CORDELL SYKES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:12-CV-00017** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **SUMNER COUNTY JAIL, KEVIN** | ) | |
| **JOHNSON, and ADRIEL RIKER** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R&R") (Docket No. 74) from Magistrate Judge Bryant, recommending that Defendants' Motion for Summary Judgment (Docket No. 68) be granted. While Plaintiff filed no response, the Magistrate Judge nonetheless examined the Motion to confirm the Defendants discharged their burden to show the absence of a genuine issue as to a material fact (Fed. R. Civ. P. 56(a)). Neither party filed an objection to the R & R.

With respect to Defendant Johnson, the R&R provides that his "actions of setting and then deferring Plaintiff's bond were within that statutory authority, particularly in light of the wide discretion over release that Tennessee law grants to magistrates specifically in cases of domestic violence where the alleged victim's safety is of concern." (Docket No. 74 at 5). As for Defendant Riker, "probable cause to believe another threat had been made against the victim was enough to affect the determination of bail" and therefore "Plaintiff has no grounds for his claim

that Defendant Riker acted unconstitutionally in response to the allegation" irrespective of whether Plaintiff actually placed the alleged threatening call (Docket No. 74 at 6-7).

Having conducted a *de novo* review of the record in this case and the applicable law as required by Rule 72(b) of the Federal Rules of Civil Procedure, the Court accepts the R&R. Accordingly, the Court hereby rules as follows:

(1) The R & R (Docket No. 74) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment is hereby GRANTED.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE